JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXETER FINANCE LLC, | CASE NO.: 8:17-cv-01636-DOC-JCG |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| PACIFIC COAST AUTO FINANCIAL, INC., d/b/a THE CAR LEGACY, and SOUTH COAST AUTOMOTIVE LIQUIDATORS, INC., d/b/a GALAXY AUTO MALL | The Hon. David O. Carter |
| Defendant. | |

In accordance with the Court's Order Granting Application for Default Judgment, entered March 27, 2019 (Doc. 61),

JUDGMENT IS HEREBY ENTERED in favor of plaintiff Exeter Finance, LLC and against defendants Pacific Coast Auto Financial, Inc. d/b/a The Car Legacy and South Coast Automotive Liquidators, Inc., d/b/a Galaxy Auto Mall, in the amount of $369,133.51 plus post-judgment interest.

Dated: April 2, 2019          By: /s/ David O. Carter
                                  David O. Carter
                                  United States District Judge